372 A.2d 837
Commonwealth v. Hamilton, Appellant.

Submitted September 13, 1976.   Calvin S. Drayer, Jr., Assistant Public Defender, for appellant;  Eric J. Cox, Assistant District Attorney, and William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 837
Commonwealth v. Harris, Appellant.

Submitted December 16, 1975.   Manuel Grife, for appellant; Mark Sendrow and Steven H. Goldblatt, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.